UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1767**

Case Title: **Peter Gumm** vs. **AK Steel Corporation**

List all clients you represent in this appeal:

**Cleveland-Cliffs Steel Corporation f/k/a AK Steel Corporation**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Melissa M. Tetreau**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michelle L. Kolkmeyer**    Signature: s/ **Michelle L. Kolkmeyer**

Firm Name: **Bodman PLC**

Business Address: **201 W. Big Beaver Road, Suite 500**

City/State/Zip: **Troy, MI  48084**

Telephone Number (Area Code): **(248) 743-6000**

Email Address: **mkolkmeyer@bodmanlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---